# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CESARINA L. JOHNSON AND JERMAINE JOHNSON, H/W | : | No. 133 MAL 2024 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth |
| | : | Court |
| | : | |
| POCONO TOWNSHIP ZONING HEARING BOARD AND POCONO TOWNSHIP | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: POCONO TOWNSHIP | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 9th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.